1 SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
2 CARI A. COHORN  Bar No. 249056
One Market Plaza
3 Steuart Tower, 8th Floor
San Francisco, California 94105
4 Telephone: (415) 781-7900
Facsimile: (415) 781-2635
5
Attorneys for Defendants
6 MetLife Insurance Co. of Connecticut; MetLife Investors
Insurance Co.; MetLife Investors USA Insurance Co.;
7 MetLife Life and Annuity Co. of Connecticut

8

9 UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 SHERRY BURNS, individually and in her capacity as Guardian of Kellie A. Burns and 13 Matthew P. Burns, | CASE NO. 2:07-cv-02162-MCE-KJM **STIPULATION AND ORDER RE DISMISSAL** |
| 14           Plaintiff, | |
| 15      v. | |
| 16 SBC COMMUNICATIONS, INC., et al., | Judge:   Hon. Morrison C. England, Jr. Ctrm:    3, 15th Floor |
| 17           Defendants. | |
| 18 | |

19

20      COMES NOW the parties on the above-entitled matter and stipulate to Dismiss with

21 prejudice the following defendants:

22      1.   MetLife Insurance Co. of Connecticut;

23      2.   MetLife Investors Insurance Co.;

24      3.   MetLife Investors USA Insurance Co.;

25 ///

26 ///

27 ///

28 ///

PDF created with pdfFactory trial version www.pdffactory.com

    4.    MetLife Life and Annuity Co. of Connecticut;

    5.    ACE Life Insurance Company;

IT IS SO AGREED AND STIPULATED.

DATE: May ___, 2008    MICHAEL F. BABITZKE, INC.

By: _____
    Michael F. Babitzke
    Attorneys for Plaintiff
    Sherry Burns, individually and in her capacity as Guardian
    of Kellie A. Burns and Matthew P. Burns

DATE: May ___, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
    Rebecca A. Hull
    Cari A. Cohorn
    Attorneys for Defendants
    MetLife Insurance Co. of Connecticut; MetLife Investors
    Insurance Co.; MetLife Investors USA Insurance Co.;
    MetLife Life and Annuity Co. of Connecticut

DATE: May ___, 2008    HINSHAW & CULBERTSON

By: _____
    Bradley M. Zamczyk
    Attorneys for Defendant
    Ace Life Insurance Company

IT IS SO ORDERED:

DATED: May 27, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com