UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHERRY BURNS, individually
and in her capacity as
Guardian of Kellie A. Burns
and Matthew P. Burns,

        Plaintiff,

    v.

SBC COMMUNICATIONS, INC.;
AT&T, INC.; SBC ADVANCED
SOLUTIONS, INC.; PACIFIC
TELESIS GROUP; FIDELITY
INVESTMENTS, INC.; FIDELITY
INVESTMENTS INSTITUTIONAL
OPERATIONS CO., INC.;
METLIFE INVESTORS INSURANCE
CO.; METLIFE INVESTORS USA
INSURANCE CO.; ACE LIFE
INSURANCE CO.; MELLON
CORPORATION; ACS CORPORATION;
and DOES 1-10 inclusive,

        Defendants.

No. 2:07-cv-02162-MCE-KJM

**ORDER**

----oo0oo----

    The Court is in receipt of Plaintiff's counsel's Status Report filed December 18, 2009, in which Mr. Babitzke indicates that the minor, Matthew Burns, intends to effectuate settlement of his claims after he turns eighteen on April 26, 2010.

1

The Court has further reviewed Defendants' Status Report filed on January 6, 2010, in which Defendants confirm that the case has been resolved in its entirety except for Matthew's claim.

Given those representations, the Status Conference set for January 14, 2010 at 2:00 p.m. is hereby vacated.[1]  The parties are directed to submit a stipulation for dismissal as soon as possible after settlement has been finalized once Matthew reaches majority.  Pending final settlement, and as a control measure, a further status conference is set for May 27, 2010 at 2:00 p.m. That conference will be vacated upon dismissal of the case.

IT IS SO ORDERED.

Dated: January 6, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff counsel's request for telephonic appearance at the January 14th status conference is accordingly denied as moot.