```
AT&T SERVICES, INC. LEGAL DEPARTMENT
GERARD J. DONNELLAN (State Bar #114784)
525 Market Street, Room 2008
San Francisco, California 94105
Telephone:    (415) 778-1358
Facsimile:    (415) 882-4458
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| SHERRY BURNS, individually and in her capacity as Guardian of Kellie A. Burns and Matthew P. Burns,<br><br>    Plaintiff,<br><br>vs.<br><br>SBC COMMUNICATIONS, INC. et. al.,<br><br>    Defendants.<br>_____/ | CASE NO.  2:07-cv-02162-MCE-KJM<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

WHEREAS this was an action in which surviving children sought various employment benefits from defendants related to the death of their father, and

WHEREAS defendants have now paid all benefits due, and

WHEREAS the parties negotiated a settlement of additional disputed amounts, specifically, attorneys fees and interest, and

WHEREAS the negotiated disputed amounts have now been paid to plaintiffs, and

WHEREAS all plaintiffs are no longer minors, and

WHEREAS all plaintiffs have signed, with advise and counsel of their attorney, a Release and Settlement Agreement which is acceptable to defendants, and

WHEREAS all parties have now resolved all matters at issue in this lawsuit and now request

the Court to dismiss this action, each side to bear their own fees (other than the amounts already negotiated and paid),

   NOW THEREFORE, the parties, through their attorneys, STIPULATE:

1. All parties have reached an acceptable resolution to this matter.
2. All settlement amounts have been paid.
3. The parties jointly request that the Court dismiss this action with prejudice, each side to bear their own costs and fees.

DATED: May 26, 2010                MICHAEL F. BABITZKE, INC.


                                   by            /S/
                                   _____
                                   Michael F. Babitzke
                                   Counsel for all Plaintiffs

DATED: May 18, 2010                AT&T SERVICES, INC. - LEGAL DEPARTMENT



                                   By            /S/
                                   _____
                                   GERARD J. DONNELLAN
                                   Counsel for all Defendants

**GOOD CAUSE APPEARING, THIS CASE IS DISMISSED WITH PREJUDICE. THE CLERK IS DIRECTED TO CLOSE THE FILE.**

   **IT IS SO ORDERED.**


Dated: May 28, 2010

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

2